IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT LEE BROWN, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00356-MTT-CHW |
| | * |
| COLETTE LEWIS et al, | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated April 12, 2022 and February 20, 2024, and for the reasons stated therein, JUDGMENT is hereby entered in favor of Defendants. Plaintiff shall recover nothing of Defendants. Defendants shall also recover costs of this action.

This 21st day of February, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk